IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JENNIFER HARRELL                                                    PLAINTIFF

v.                         No. 3:15-cv-97-DPM

PORTFOLIO RECOVERY ASSOCIATES, LLC                 DEFENDANT

ORDER

Harrell's motion to dismiss, № 7, is granted.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 June 2015