## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JENNIFER HARRELL**                                          **PLAINTIFF**

v.                                          **No. 3:15-cv-97-DPM**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**          **DEFENDANT**

## JUDGMENT

Harrell's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

17 June 2015